**Order filed December 9, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00080-CV
_____

## OAK POINT PARTNERS, LLC, Appellant

## V.

## DIAMONDBACK E&P, LLC, Appellee

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV51836**

### O R D E R

Appellant, Oak Point Partners, LLC, has filed a motion to temporarily abate this appeal. Appellant requests that this appeal be abated for sixty days to allow the parties to continue their efforts to settle this case. Appellee, Diamondback E&P, LLC, has filed a response in this court and indicates that it is not opposed to the abatement of this appeal because the parties have been actively involved in settlement negotiations. After considering Appellant's motion to abate and

Appellee's response, we are of the opinion that Appellant's motion should be granted.

Accordingly, we grant the motion and abate the appeal in the instant cause. This appeal is abated for sixty days from the date of this order unless the parties notify this court sooner that they have settled the matters at issue in this appeal. The parties are instructed to (1) notify this court immediately if they enter into a final settlement agreement and (2) file an appropriate motion in this court based upon any such agreement. If the parties have not notified this court on or before February 7, 2022, that a final settlement agreement has been reached, this proceeding will be reinstated and Appellant's brief will be due thirty days after reinstatement.

It is so ordered.

PER CURIAM

December 9, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.